THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHRISTOPHER J. MAIKISCH, Appellant.

Argued June 9, 1948; decided July 16, 1948.

*Nicholas Pecora, Sidney S. Levine* and *John R. Fitzpatrick* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Charles W. Manning* and *Leticia A. Tedeschi-Sant' Agata* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.